

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00451-CV

**IN RE HOME STATE COUNTY MUTUAL INSURANCE COMPANY**

Original Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

Delivered and Filed: July 29, 2026

PETITION FOR WRIT OF MANDAMUS DISMISSED

On June 13, 2026, Relator filed a motion to withdraw its petition for writ of mandamus because the real parties in interest, the plaintiffs in the trial court, filed their motion to dismiss all defendants with prejudice, together with an order of dismissal. Considering the foregoing, we grant Relator's motion and dismiss the petition for writ of mandamus. Further, we deny as moot any pending motions filed in this court, and we lift our stay imposed on June 26, 2026.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025CI13759, styled *T.C., Individually and a/n/f of T.L. Minor v. Erika Sedano Sotelo*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.